William A. Whittle
Texas Bar No. 21407000
Fed. Id. No. 9285
The Whittle Law Firm, PLLC
5151 Flynn Parkway, Suite 308
Corpus Christi, Texas 78411
361-887-6993
361-887-6999 Telecopier

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 08-20069-C-11 |
| **Whittle, William Arthur** | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## RESPONSE TO UNITED STATS TRUSTEE'S MOTION
## TO DISMISS AND REQUEST FOR HEARING

Comes now, William Arthur Whittle, Debtor(s), in response to the Motion to Dismiss filed by Judy A. Robbins, United States Trustee, and would respectfully show the Court the following:

1. Debtor requests a hearing.

2. Debtor(s) counsel certifies that all issues on the Motion to Dismiss have or will be addressed. prior to the hearing date.

3. Debtor admits to Movant's paragraph (1) of the Motion.

4. Debtor admits to Movant's paragraph (2) of the Motion but there remains a dispute over the amount and nature of the Internal Revenue Service liability.

5. Debtor admits to Movant's paragraph (3) of the Motion.

6. Debtor admits to Movant's paragraph (4) of the Motion but there has been no settlement agreement.

7. Debtor admits to Movant's paragraph (5) of the Motion.

8. Debtor denies Movant's paragraph (6) of the Motion.

9.  Debtor admits Movant's paragraph (7) of the Motion but denies as to likelihood of rehabilitation so that Debtor may file a new Chapter 13 proceeding.

WHEREFORE, based on the foregoing, Debtor requests that this court grant a hearing on the United States Trustee's Motion to Dismiss.

WHEREFORE, Debtor(s) requests that this Court grant an order denying the Trustee's Motion to Dismiss.

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the Response to the United States Trustee's Motion to Dismiss was mailed via U.S. Regular mail, postage prepaid,on this the 14tth day of July 2011, to the Debtor, Chapter 11 Trustee, and the United States Trustee and to the following interested parties on the attached service list.

Respectfully submitted,

**/s/ William A. Whittle**
William A. Whittle